THE MEDICAL INSTITUTION OF GENEVA COLLEGE *vs.* PATTERSON.

"The Medical Institution of Geneva College" is not a corporation, and therefore has no capacity to maintain a suit in a court of justice.

Neither Columbia College, nor any college incorporated by the regents of the university, can create another body corporate.

Ray *v.* Birdseye.

On writ of error to the supreme court. The cause came before the supreme court upon special verdict, in May, 1845. A report of the case, in which the special verdict is given at length, with the reasons of the court, will be found in 1 *Denio*, 61 The cause was argued here by

*M. T. Reynolds & H. Spencer*, for plaintiffs in error.

*J. C. Spencer*, for defendant in error.

Senators Lott, Barlow, Van Schoonhoven and Porter delivered written opinions in favor of affirming the judgment of the supreme court, concurring in the views contained in the opinion delivered by Chief Justice Bronson, (1 *Denio*, 66.)

Upon the question being put, " *Shall this judgment be reversed?*" all the members of the court who heard the argument of the cause voted for affirmance, viz. : The President, and Senators Backus, Barlow, Burnham, Emmons, Jones, Lester, Lott, Porter, Sanford, Sedgwick, J. B. Smith, S. Smith, Talcott, Van Schoonhoven, Wheeler—16.

Judgment affirmed.